**In re: J. David FRASER; Barbara Ann Fraser Debtors.**

**J. David Fraser, Appellant,**

**v.**

**Jeanette Dennis; Carole Dawes, Co-trustees of the Fraser Family Trust, Appellees.**

**No. 00–56383.**
**BAP No. CC–99–01706–BMaMO.**

United States Court of Appeals, Ninth Circuit.

Submitted May 14, 2001.*

Decided May 29, 2001.

Before PREGERSON, FERNANDEZ, and WARDLAW, Circuit Judges.

MEMORANDUM **

J. David Fraser appeals pro se the decision of the Bankruptcy Appellate Panel ("BAP") affirming the bankruptcy court's order of nondischargeability pursuant to 11 U.S.C. § 523(a)(4). We have jurisdiction pursuant to 28 U.S.C. § 158(d), and we affirm.

The BAP's conclusions of law are reviewed de novo. *In re Cool Fuel, Inc.*, 210 F.3d 999, 1001 (9th Cir.2000). This court independently reviews bankruptcy court's rulings on appeal from the BAP. *Id.* at 1001–02.

Fraser is collaterally estopped from relitigating in the dischargeability proceeding the determination that he failed to properly account for money entrusted to him. In an action between the same par-

---

**2.** Mooers' motion to strike the answering brief is denied.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

ties, the state court's final decision actually and necessarily decided the identical issue. *See Baldwin v. Kilpatrick,* 245 B.R. 131, 134 (9th Cir.BAP 2000). Because the state court's findings meet the statutory definition of defalcation, the bankruptcy court correctly determined that Fraser's debt was not dischargeable. *See* 11 U.S.C. § 523(a)(4); *Otto v. Niles,* 106 F.3d 1456, 1459 (9th Cir.1997).

We have considered Fraser's remaining contentions and deny them for lack of merit.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.